*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00515-CR

Raymond **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-5899
Honorable Mary D. Román, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice

Delivered and Filed: August 18, 2010

DISMISSED

On July 8, 2010, appellant filed a pro se notice of appeal, which the trial court transmitted to this court and an appellate cause number has been assigned. On July 8, 2010, the trial court signed an order granting appellant's request to strike his pro se notice of appeal. We construed the trial court's July 8, 2010 order as indicating appellant's desire to withdraw his appeal. Accordingly, on July 14, 2010, this court issued an order stating we would dismiss the appeal unless appellant files

an objection to the dismissal of his appeal no later than July 23, 2010. No objection or response has been filed. The appeal is therefore DISMISSED. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH